LAW OFFICE OF SEAN R. CALLAGY, ESQ.
Michael J. Smikun, Esq.
Mack-Cali Centre II
650 From Road, Suite 565
Paramus, New Jersey 07652
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MICHAEL MEESE, MD, on assignment from V.F., | Civil Action No. 2:11-2338 (CCC/JAD) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| AETNA HEALTH INC., John/Jane Does, 1-10; ABC Corp., 1-10; ABC Partnerships, 1-10; | |
| Defendants. | |

This matter having been resolved by the parties, is hereby dismissed with prejudice as to defendant Aetna.

_____  
LIZA M. WALSH, ESQ.  
Attorney for Defendant

_____  
MICHAEL J. SMIKUN, ESQ.  
Attorney for Plaintiff

Dated: 7/15/11

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: July 22, 2011